**REQUIRED STATEMENT
TO ACCOMPANY ALL MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) __Jewell L. Haynes__   Case No. __09 B 22432__   Chapter __13__

All Cases: Moving Creditor   CHASE HOME FINANCE LLC AS SERVICER   Date Case Filed __6/19/09__
FOR DEUTSCHE BANK NATIONAL TRUST

Nature of Relief Sought: __X__ Lift Stay   ___ Annul Stay   __X__ Other (describe) __Dismissal, in the alternative__

Chapter 13: Date of Confirmation Hearing __12/07/09__ or Date Plan Confirmed _____

Chapter 7:   _____No-Asset Report Filed on:_____
_____No-Asset Report not Filed, Date of Creditor's Meeting _____

1. Collateral
   a.   __X__   Home
   b.   ___   Car   Year, Make and Model_____
   c.   ___   Other (describe)_____

2. Balance Owed as of Petition Date: $189,255.85
   Total of all other Liens against Collateral:_____

3. In chapter 13 cases, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) __$205,000.00__, per Debtor's Schedules.

5. Default
   a.   ___   Pre-Petition Default
        Number of months _____ Amount __$9,293.48__

   b.   ___   Post-Petition Default
        i.   ___   On direct payments to the moving creditor
             Number of months __3__   Amount __$3,468.20__

        ii.  ___   On payments to the Standing Chapter 13 Trustee
             Number of months _____   Amount

6. Other Allegations
   a.   __X__   Lack of Adequate Protection § 362(d)(1)
        i.    ___   No insurance
        ii.   ___   Taxes unpaid   Amount $_____
        iii.  ___   Rapidly depreciating asset
        iv.   __X__   Other

   b.   ___   No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c.   ___   Other "Cause" § 362(d)(1)
        i.    ___   Bad Faith (describe) _____
        ii.   ___   Multiple Filings
        iii.  ___   Other (describe) _____
   d.   Debtor's Statement of Intention regarding the Collateral
        i.    ___   Reaffirm            ii.   ___   Redeem
        iii.  ___   Surrender           iv.   __X__   No Statement of Intention Filed

Date: __11/19/2009__                              /s/ Joel P. Fonferko
                                                  Counsel for Movant